# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,   :   Case No. 3:08-cv-072

                                 District Judge Walter Herbert Rice
  -vs-                          Magistrate Judge Michael R. Merz

                                            :

$43,095.00 in UNITED STATES
 CURRENCY, et al.,

      Defendants.

## REPORT AND RECOMMENDATIONS

This case is before the Court on Motion of the United States (Doc. No. 19) to Strike the Answer and Counterclaim of Daniel Jackson (Doc. No. 3) and the Answer and Counterclaim of William Johnson (Doc. No. 4).

On December 31, 2009, the United States filed its Motion to Compel (Doc. No. 18), noting that the Claimants Jackson and Johnson had failed to respond in any way to the Government's requests for written discovery, that the time for responding had expired, and that counsel had exhausted extrajudicial means to resolve that difficulty. The Magistrate Judge ordered the Claimants to produce responses not later than January 14, 2010, or show cause why they should not be compelled to do so (Notation Order of December 31, 2009). In the same Order the Magistrate Judge order the Claimants to show cause by January 14, 2010, why the matter set forth in the United States' requests for admission should not be deemed admitted. *Id.*

The instant Motion advises the Court that counsel for the Government has received no responses whatsoever. The docket confirms that no responses have been filed.

1

In the Notation Order, the Magistrate Judge advised the Claimants that failure to respond would result a recommendation that their claims be dismissed for failure to provide discovery. Given that no response has been made, it is hereby:

1. ORDERED that the matter set forth in the Government's requests for admission be deemed admitted, and

2. RECOMMENDED that the claims of Messrs. Jackson and Johnson be dismissed with prejudice for failure to provide discovery.

January 30, 2010.

s/ **Michael R. Merz**
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).