

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No. 3:08-cv-72 |
| - vs - | : | District Judge Walter Herbert Rice<br>Magistrate Judge Michael R. Merz |
| $43,095.00 in U.S. Currency, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the claims of Messrs. Jackson and Johnson are DISMISSED with prejudice for failure to provide discovery.

February 19, 2010.

Walter Herbert Rice
United States District Judge