
FILED
JAMES BONINI
CLERK

2010 FEB 19 PM 3: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,    :    Case No. 3:08-cv-72

- vs -    :    District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

$43,095.00 in U.S. Currency, et al.,    :

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the claims of Messrs. Jackson and Johnson are DISMISSED with prejudice for failure to provide discovery.

February 19, 2010.

Walter Herbert Rice
United States District Judge